*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Stephen E. Kelleher and Mary Elizabeth Kelleher

Debtor(s)

BK No. 1:12−bk−11935

Chapter 7

### ORDER GRANTING (doc# 9 ) TO EMPLOY PROFESSIONALS
*Re: Application to Employ Amato A. DeLuca as Special Counsel*

The Application to Employ Professionals (doc.# 9 ) is HEREBY APPROVED, subject to the following: (1) This order is not a determination that the services are necessary; and (2) No fee agreement between the applicant and the person or entity being employed is binding on the court.

Any agreement for compensation between the Professional seeking employment and the Trustee, if applicable, shall not be binding on the Court, and to the extent that anything contained in the application deemed a request to pre−approve compensation is DENIED. Compensation of Professionals will be determined by the Court only at the conclusion of the matter and upon the filing of an appropriate fee application

*So Ordered:*
/s/ Judge William C. Hillman
U.S. Bankruptcy Judge of the District of Massachusetts
Sitting by Designation

Date: **8/6/12**

Entered on Docket: **8/6/12**
Document Number: **10 − 9**

Oappemployprof.jsp #103

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*