*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Stephen E. Kelleher and Mary Elizabeth Kelleher<br><br>Debtor(s) | BK No. 1:12−bk−11935<br><br>Chapter 7 |

### NOTICE OF FILING OF INTERIM/FINAL APPLICATION FOR COMPENSATION

**PLEASE TAKE NOTICE:** On 10/2/2015 , Applicant Amato A. DeLuca, Special Counsel , representing Debtor , filed with the U.S. Bankruptcy Court for the District of Rhode Island, an Interim/Final Application for Compensation requesting the allowance of $ 40,000.00 in fees and $ 18,614.35 in expenses. A copy of said Interim/Final Application is on file with the Clerk's Office and can be reviewed at the court, or a copy may be obtained by contacting applicant at the address listed below. A complete copy of the Application has also been provided to the Office of the U.S. Trustee, 10 Dorrance Street, Rm 910, Providence, RI 02903.

**PURSUANT TO LBR 1005−1(d)**, within twenty−four (24) days of service of this NOTICE, any party who objects to the fees and expenses sought in the referenced Application shall serve and file with the Clerk of Court, with copies to the local Office of the United States Trustee and interested parties, an Objection/Response to said Application.

If no objection/response is filed within the specified period, the Application for Compensation may be acted upon by the court without further notice or hearing. If the court schedules a hearing on the Application, you will be given twenty−one (21) days notice of the hearing, unless a shorter time is ordered. Only parties who have timely filed an Objection/Response will be permitted to present their position at hearing, unless otherwise ordered.

*THIS NOTICE APPLICABLE TO: INTERIM AND FINAL APPLICATIONS FOR COMPENSATION UNDER CHAPTER 7, AND INTERIM APPLICATIONS UNDER CHAPTER 11 AND 13.*

*Applicant:*

NAME: Charles A. Pisaturo, Jr., Trustee

ADDRESS: Law Offices of Charles A. Pisaturo, Jr.
1055 Elmwood Avenue
Providence RI 02907

PHONE NUMBER: (401) 274−3800

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **10/5/15**

Entered on Docket: **10/5/15**
Document Number: **36 − 35**

334.jsp